# Exhibit A



UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

February 15, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,779,047 IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM  *November 04, 2003*
SAID RECORDS SHOW TITLE TO BE IN:  *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

L. EDELEN
Certifying Officer

Int. Cl.: 32

Prior U.S. Cls.: 45, 46 and 48

**United States Patent and Trademark Office**

Reg. No. 2,779,047
Registered Nov. 4, 2003

## TRADEMARK
### PRINCIPAL REGISTER

### BOTTLED AT THE SOURCE

CRYSTAL GEYSER WATER COMPANY (CALIFORNIA CORPORATION)
55 FRANCISCO STREET, SUITE 410
SAN FRANCISCO, CA 94133

FOR: BOTTLED WATER, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 1-0-1990; IN COMMERCE 1-0-1990.

SEC. 2(F).

SER. NO. 76-364,737, FILED 1-30-2002.

KENNETH D. BATTLE, EXAMINING ATTORNEY

# Exhibit B

