**Rubinstein Law Group**
**A Professional Law Corporation**
Yano Rubinstein, Cal. Bar No. 214277
Trevor A. Caudle, Cal. Bar No. 232294
116 New Montgomery Street, Suite 742
San Francisco, California 94105
Telephone:    (415) 277-1900
Facsimile:    (415) 277-1919
yrubinstein@rublaw.com

Attorneys for Plaintiff,
CG Roxane LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORIA

| | |
|---|---|
| CG ROXANE LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FIJI WATER COMPANY LLC., a Delaware limited liability company; FIJI WATER COMPANY HOLDINGS LLC, a Delaware limited liability company; PARAMOUNT INTERNATIONAL EXPORT, LTD., a Cayman Islands Company Limited by Shares, and DOES 1 through 20, inclusive,<br><br>Defendants | Case No. C-07-2258 BZ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE<br>AND<br>REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: May 4, 2007                Signature ___/YLR/_____
                                  Counsel for Plaintiff

-1-