MARK D. CAMPBELL (SBN 180528)
mcampbell@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Telephone:  310-282-2000
Facsimile:   310-282-2200

ANDREW E. ASCH (SBN 198857)
aasch@roll.com
SARAH C. ABBOTT (SBN 231863)
sabbott@roll.com
ROLL INTERNATIONAL CORPORATION-LEGAL DEPT.
11444 West Olympic Boulevard, 10th Floor
Los Angeles, California  90064-1557
Telephone:  310-966-5700
Facsimile:   310-966-5758

Attorneys for Defendants
FIJI WATER COMPANY LLC, FIJI WATER COMPANY HOLDINGS LLC, and PARAMOUNT INTERNATIONAL EXPORT LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CG ROXANE LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FIJI WATER COMPANY LLC, a Delaware limited liability company; FIJI WATER COMPANY HOLDINGS LLC, a Delaware limited liability company; PARAMOUNT INTERNATIONAL EXPORT, LTD., a Cayman Islands Company Limited by Shares; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.  C-07-2258-RMW<br><br>**DEFENDANTS FIJI WATER COMPANY LLC, FIJI WATER COMPANY HOLDINGS LLC, AND PARAMOUNT INTERNATIONAL EXPERT LTD.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**[NORTHERN DISTRICT LOCAL RULE 3-16]** |

LA1652310.1
207102-10007

1

DEFENDANTS CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12 | FIJI WATER COMPANY LLC, a Delaware limited liability company; FIJI WATER COMPANY HOLDINGS LLC, a Delaware limited liability company; PARAMOUNT INTERNATIONAL EXPORT, LTD., a Cayman Islands Company Limited by Shares; and DOES 1 through 20, inclusive,<br><br>          Counterclaimant,<br><br>   v.<br><br>CG ROXANE LLC, a California limited liability company,<br><br>          Counterdefendant. |

Defendants Fiji Water Company LLC, Fiji Water Company Holdings LLC, and Paramount International Export Ltd., hereby submit this Certification of Interested entities or Persons, which includes all persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities other than the parties themselves known by Defendants to have either: (i) a financial interest (of any kind) in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially effected by the outcome of the proceeding. The undersigned counsel of record for Fiji Water Company LLC, Fiji Water Company Holdings LC, and Paramount International Export Ltd., certifies that the following listed entity my fall within the definition of interested party set forth in Local Rule 3-16. These representations are made to enable to the Court to evaluate possible disqualification or recusal:

1. Fiji Water Company LLC, Fiji Water Company Holdings LLC, and Paramount International Export Ltd. are entities owned and/or controlled, either directly or indirectly, by Stewart and Lynda Resnick, as trustees of The Stewart and Lynda Revocable Trust, dated December 27, 1988, as amended.

Dated: May 29, 2007

LOEB & LOEB LLP
MARK D. CAMPBELL

By: /s/
Mark D. Campbell
Attorneys for Defendants
FIJI WATER COMPANY LLC, FIJI WATER COMPANY HOLDINGS LLC, and PARAMOUNT INTERNATIONAL EXPORT LTD.