**Rubinstein Law Group,**
**A Professional Law Corporation**
Yano Rubinstein, Cal. Bar No. 214277
Trevor A. Caudle, Cal. Bar No. 232294
116 New Montgomery St., Suite 742
San Francisco, California 94105
Telephone:   (415) 277-1900
Facsimile:    (415) 277-1919

**Law Office of Derek A. Eletich**
Derek A. Eletich, Cal. Bar No. 193393
155 Forest Avenue
Palo Alto, California 94301
Telephone:   (650) 543-5477
Facsimile:    (650) 429-2028

Attorneys for:
CG Roxane LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CG ROXANE LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FIJI WATER COMPANY LLC., a Delaware limited liability company; FIJI WATER COMPANY HOLDINGS LLC, a Delaware limited liability company; PARAMOUNT INTERNATIONAL EXPORT, LTD., a Cayman Islands Company Limited by Shares, and DOES 1 through 20, inclusive,<br><br>Defendants | Case No. 07-cv-02258-RMW<br><br>**NOTICE OF APPEARANCE** |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

   NOTICE IS HEREBY GIVEN that Derek A. Eletich of the Law Office of Derek A. Eletich is additional counsel of record for Plaintiff, CG ROXANE LLC, a California limited liability company, in this matter and should be included in all notices provided by the Court or any other party. Mr. Eletich's contact information is as follows:

>   Law Office of Derek A. Eletich
>   Derek A. Eletich
>   155 Forest Avenue
>   Palo Alto, California 94301
>   Telephone:   (650) 543-5477
>   Facsimile:   (650) 429-2028
>   E-mail:      derekeletich@earthlink.net

DATED: August 14, 2007        LAW OFFICE OF DEREK A. ELETICH

                              By:    /dae/
                                   Derek A. Eletich


DATED: August 14, 2007        RUBINSTEIN LAW GROUP, PC

                              By:    /tac/
                                   Trevor Caudle