1  **Rubinstein Law Group**
  **A Professional Law Corporation**
2  Yano L. Rubinstein, Cal. Bar No.  214277
  Trevor A. Caudle, Cal. Bar No. 232294
3  116 New Montgomery Street, Suite 742
4  San Francisco, CA  94105
  Telephone:    (415) 277-1900
5  Facsimile:    (415) 277-1919

6  Attorneys for Plaintiff

7

8

9              UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12  CG ROXANE LLC, a California limited           Case No. C-07-2258-RMW
  liability company,
13                                    CERTIFICATION OF INTERESTED
14              Plaintiff,            ENTITIES OR PERSONS

15      v.

16
  FIJI WATER COMPANY LLC., a Delaware
17  limited liability company, *et al*,

18
              Defendants
19  AND RELATED COUNTERCLAIM

20

21

22

23

24

25

26

27

28

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

2    associations of persons, firms, partnerships, corporations (including parent corporations) or other

3    entities (i) have a financial interest in the subject matter in controversy or in a party to the

4    proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

5    substantially affected by the outcome of this proceeding:

6        Crystal Geyser Water Company, a California corporation is the assignor of the trademark

7    registration for "BOTTLED AT THE SOURCE."

8

9

10    Respectfully submitted,

11

12    Dated: August 17, 2007        By:_____/ylr/_____

13

14        Yano L. Rubinstein, Esq.
        Rubinstein Law Group

15        A Professional Law Corporation
        Attorneys for Plaintiff

16

17

18

19

20

21

22

23

24

25

26

27

28