**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| CG Roxane LLC, | 07-02258 RMW |
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| Fiji Water Company LLC, | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: August 22, 2007

                    RICHARD W. WIEKING
                    Clerk
                    by:    Timothy J. Smagacz

                    */s/ Timothy Smagacz*
                    ADR Administrative Assistant
                    415-522-4205
                    Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-02258 RMW                                           -2-

PROOF OF SERVICE

Case Name:      CG Roxane LLC v. Fiji Water Company LLC

Case Number:    07-02258 RMW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On August 22, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   Trevor A. Caudle
>   Rubinstein Law Group
>   116 New Montgomery Street, Suite 742
>   A Professional Law Corporation
>   San Francisco, CA 94105
>
>   Yano Lee Rubinstein Esq.
>   Rubinstein Law Group
>   116 New Montgomery Street, Suite 742
>   A Professional Law Corporation
>   San Francisco, CA 94105
>   yrubinstein@rublaw.com
>
>   Derek A. Eletich
>   Law Office of Derek A. Eletich
>   155 Forest Avenue
>   Palo Alto, CA 94301-1615
>   derekeletich@earthlink.net
>
>   Mark D. Campbell
>   Loeb & Loeb LLP

10100 Santa Monica Boulevard
Suite 2200
Los Angeles, CA 90067-4164
mcampbell@loeb.com

Andrew Eric Asch
Roll International Corporation
11444 West Olympic Boulevard
10th Floor
Legal Department
Los Angeles, CA 90064-1557

Sarah Catherine Abbott
Roll International Corporation
11444 West Olympic Boulevard
10th Floor
Legal Department
Los Angeles, CA 90064-1557
sabbott@roll.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 22, 2007 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:   Timothy J. Smagacz

*Timothy Smagacz*
_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov