

**MARK D. CAMPBELL**
Partner

10100 Santa Monica Blvd.  **Direct** 310.282.2273
Suite 2200  **Main** 310.282.2000
Los Angeles, CA 90067  **Fax** 310.919.3912
mcampbell@loeb.com

**Via Facsimile to (408)535-5329**

August 29, 2007

Clerk
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 South First Street
Courtroom #6
San Jose, California 95113

Re: CG Roxane LLC v. Fiji Water Company LLC, et al.
USDC Case No. 5:07-cv-02258-RMW

Dear Clerk:

This letter will memorialize my conversation with you at approximately 11:30 a.m. this morning, wherein I requested that Mark D. Campbell, Esq., be allowed to appear at the Case Management Conference scheduled for August 31, 2007 at 10:30 a.m. telephonically.

Thank you for allowing for Mr. Campbell's telephone appearance. Mr. Campbell can be reached at (310)282-2273 on the morning of the hearing.

Sincerely,

*[signature]*

Dolores A. Gameros
Secretary to
Mark D. Campbell
Partner