## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

### CIVIL MINUTES

DATE: August 31, 2007

Case No. C-07-02258 RMW          JUDGE: Ronald M. Whyte

CG ROXANE LLC,  -v- FIJI WATER COMPANY LLC, ET AL.,
Title

Derek Eletich                              Mark Campbell  (by telephone)
Attorneys Present                      Attorneys Present

COURT CLERK: Corinne Lew            COURT REPORTER:  Not Reported

### PROCEEDINGS

### CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held.  The Court referred the case to Magistrated Howard R. Lloyd for an early settlement conference to be held within 60 days.  The Court set the following schedule: Jury Trial set for 10/6/08 at 1:30 p.m.; Pretrial Conference set for 9/25/08 at 2:00 p.m.; Joint Pretrial Statement due 9/19/08;  Dispositive Motions Hearing set for 8/1/08; Discovery Cutoff 7/3/08; Experts Designation 6/2/08; Discovery Limits: Depositions - 10 per side; Request for Admissions - 10 per side; Interrogatories - 25; Document Request - no limit, but narrowly tailored.  Defendant to prepare order  following the conference.

cc: HRL