# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

*E-FILED - 10/11/07*

| | |
|---|---|
| CG ROXANE LLC, a California limited liability company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FIJI WATER COMPANY LLC, a Delaware limited liability company; FIJI WATER COMPANY HOLDINGS LLC, a Delaware limited liability company; PARAMOUNT INTERNATIONAL EXPORT, LTD., a Cayman Islands Company Limited by Shares; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No.  C-07-2258-RMW<br><br>**CASE MANAGEMENT ORDER** |

1  A Status Conference in the above entitled matter was held on August 31, 2007, at 10:30 a.m. in Courtroom 6, 4th Floor, of the United States District Court for the Northern District of California, 280 South First Street, San Jose, California. Derek Eletich appeared for Plaintiff. Mark D. Campbell of Loeb & Loeb LLP appeared telephonically for Defendants. Upon due consideration of the parties' Joint Case Management Conference Statement, the Court hereby establishes the following schedule:

    a.  Expert disclosures in accordance with Federal Rule of Civil Procedure 26(a)(2) shall be made on June 2, 2008.

    b.  All discovery, including expert discovery, shall be completed on or before July 3, 2008.

    c.  The last day for hearings on dispositive motions shall be August 1, 2008.

    d.  A Pre-Trial conference shall be held on September 25, 2008 at 2:00 p.m. in Courtroom 6, 4th floor, 280 South First Street, San Jose, California. A Joint Pre-Trial Statement shall be filed on or before September 19, 2008. The parties are directed to the Court's February 24, 2003 Standing Order Re: Pretrial Preparation.

    e.  Trial will commence in this matter on October 6, 2008 at 1:30 p.m. in Courtroom 6, 4th floor, 280 South First Street, San Jose, California.

The parties are further Order to mediation before Magistrate Judge Howard R. Lloyd, or upon the joint agreement of the parties, a private mediator, to be completed on or before October 31, 2007. A further Settlement Conference shall be scheduled by the parties to occur before trial, but after the hearings on the parties' dispositive motions.

Discovery in this action shall be limited as follows:

    a.  Depositions: 10 per side;

    b.  Requests for Admission: 10 per side;

1       c.    Interrogatories: 25 per side;

2       d.    Document Requests: no limit, but must be narrowly tailored.

IT IS SO ORDERED.

Dated: 10/11/07

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge