**Rubinstein Law Group**
**A Professional Law Corporation**
Yano L. Rubinstein, Cal. Bar No. 214277
Trevor A. Caudle, Cal. Bar No. 232294
116 New Montgomery Street, Suite 742
San Francisco, CA 94105
Telephone: (415) 277-1900
Facsimile: (415) 277-1919

Attorneys for Plaintiff

**Loeb & Loeb LLP**
Mark D. Campbell, Cal Bar No. 180528
10100 Santa Monica Blvd., Suite 2200
Los Angeles, California 90067-4120
Telephone: (310) 282-2000
Facsimile: (310) 282-2200
mcampbell@loeb.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CG ROXANE LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FIJI WATER COMPANY LLC., a Delaware limited liability company, *et al*,<br><br>Defendants<br>AND RELATED COUNTERCLAIM | Case No. C-07-2258-RMW<br><br>STIPULATION AND ORDER [PROPOSED] EXTENDING THE DATE TO COMPLETE MEDIATION FROM OCTOBER 31, 2007 TO NOVEMBER 6, 2007 |

WHEREAS, on August 31, 2007, a Case Management Conference was held in the above matter;

WHEREAS, at the Case Management Conference, the Court ordered the parties to participate in an early mediation/settlement conference with Magistrate Judge Howard R. Lloyd, or, alternatively, upon the joint agreement of the parties, a private mediator, to be completed by October 31, 2007;

WHEREAS, the parties have agreed to participate in a private mediation before Martin Quinn of JAMS San Francisco;

WHEREAS, the first available date for all parties and counsel to participate in mediation is November 6, 2007; and

WHEREAS, the parties have reserved November 6, 2007, with Mr. Quinn, and such date has been confirmed by JAMS.

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. Upon approval by this Court, the date for completion of mediation in this matter shall be extended from October 31, 2007, to November 6, 2007.

Dated: October 15, 2007    By: _____
                           for Yano L. Rubinstein, Esq.
                           Rubinstein Law Group
                           A Professional Law Corporation
                           Attorneys for Plaintiff

Dated: October 15, 2007    By: _____
                           Mark D. Campbell
                           Loeb & Loeb LLP
                           Attorneys for Defendants