YANO L. RUBINSTEIN, CAL. BAR NO. 214277
yrubinstein@rublaw.com
TREVOR A. CAUDLE, CAL. BAR NO. 232294
tcaudle@rublaw.com
RUBINSTEIN LAW GROUP
A Professional Law Corporation
116 New Montgomery Street, Suite 742
San Francisco, CA 94105
Telephone: (415) 277-1900
Facsimile: (415) 277-1919


DEREK A. ELETICH, CAL. BAR NO. 193393
derek@eletichlaw.com
LAW OFFICE OF DEREK A. ELETICH
155 Forest Avenue
Palo Alto, CA 94301
Telephone: (650) 543-5477
Facsimile: (650) 429-2028

Attorneys for Plaintiff
CG ROXANE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| CG ROXANE LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>FIJI WATER COMPANY LLC, a Delaware limited liability company; FIJI WATER COMPANY HOLDINGS LLC, a Delaware limited liability company; PARAMOUNT INTERNATIONAL EXPORT, LTD., a Cayman Islands Company Limited by Shares; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. C-07-2258-RMW (HRL)<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL FURTHER DISCOVERY**<br><br>Date:   April 22, 2008<br>Time:   10:00 am<br>Courtroom:   2<br>Judge:   Howard R. Lloyd |

-1-
PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL FURTHER DISCOVERY
Case No. C-07-2258-RMW (HRL)

1  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on April 22, 2008 at 10:00 am, in Courtroom 2 of the
3  United States District Court for the Northern District of California – San Jose Division, located
4  at 280 South 1st Street San Jose, California 95113, Plaintiff CG Roxane LLC ("CGRX"), will
5  and hereby does move the Court for an order compelling Defendant FIJI Water Company, LLC
6  ("FIJI") to provide further responses to discovery properly propounded by CGRX and to produce
7  responsive documents and to identify additional persons (or a person) to testify at deposition as
8  to the enumerated topical categories contained in the previously served Notice of Deposition.
9  Plaintiff also requests that FIJI be ordered to supplement its initial disclosures as they were also
10 not in compliance with the FRCP.

11  CGRX asks that this motion to compel be granted pursuant to Rule 37(a)(3 of the Federal
12 Rules of Civil Procedure as FIJI has failed to properly respond to discovery requests, has failed
13 to produce responsive documents and has failed to produce individuals at a FRCP 30(b)(6)
14 deposition whom had knowledge as to a number of the enumerated subject area categories.  The
15 motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of
16 Points and Authorities, the Declaration of Derek Eletich, and the complete files and records in
17 this action and on such argument and evidence as may be presented to the Court at the hearing on
18 this Motion.

20  Dated:  March 17, 2008               By:_____/ylr/_____
21                                                       Yano L. Rubinstein, Esq.
                                                         Rubinstein Law Group, PC
22                                                       Attorneys for Plaintiff
                                                         CG ROXANE LLC