YANO L. RUBINSTEIN, CAL. BAR NO. 214277
yrubinstein@rublaw.com
TREVOR A. CAUDLE, CAL. BAR NO. 232294
tcaudle@rublaw.com
RUBINSTEIN LAW GROUP
A Professional Law Corporation
116 New Montgomery Street, Suite 742
San Francisco, CA  94105
Telephone:	(415) 277-1900
Facsimile:	(415) 277-1919


DEREK A. ELETICH, CAL. BAR NO. 193393
derek@eletichlaw.com
LAW OFFICE OF DEREK A. ELETICH
155 Forest Avenue
Palo Alto, CA  94301
Telephone:	(650) 543-5477
Facsimile:	(650) 429-2028

Attorneys for Plaintiff
CG ROXANE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| CG ROXANE LLC, a California limited liability company,<br><br>           Plaintiff,<br><br>     v.<br><br>FIJI WATER COMPANY LLC, a Delaware limited liability company; FIJI WATER COMPANY HOLDINGS LLC, a Delaware limited liability company; PARAMOUNT INTERNATIONAL EXPORT, LTD., a Cayman Islands Company Limited by Shares; and DOES 1 through 20, inclusive,<br><br>           Defendants. | Case No. C-07-2258-RMW (HRL)<br><br>**DECLARATION OF DEREK ELETICH IN SUPPORT OF MOTION TO COMPEL FURTHER DISCOVERY**<br><br>Date:         April 22, 2008<br>Time:        10:00 am<br>Courtroom:  2<br>Judge:       Howard R. Lloyd |

-1-
DECLARATION OF DEREK ELETICH IN SUPPORT OF MOTION TO COMPEL FURTHER DISCOVERY
Case No. C-07-2258-RMW (HRL)

## DECLARATION OF DEREK ELETICH

I, DEREK ELETICH, declare the following:

1. I am a member of the Law Office of Derek A. Eletich, attorneys of record for Plaintiff CG Roxane LLC ("Plaintiff") in the above-entitled action. I have personal knowledge of the following and could and would competently testify thereto.

2. On October 17, 2007, Plaintiff propounded written discovery to Fiji Water Company, LLC ("FIJI") in the form of (1) Interrogatories, (2) Requests for Production of Documents and Things, and (3) Plaintiff's Notice of Deposition of Defendant FIJI Water Company, LLC. True and correct copies of the aforementioned discovery requests are attached hereto and incorporated by reference as Exhibits A, B, and C, respectively.

3. On November 30, 2007, Fiji served its responses to Plaintiff's first set of Interrogatories as well as its responses to Requests for Production of Documents and Things. True and correct copies of the aforementioned discovery responses are attached hereto and incorporated by reference as Exhibits D and E, respectively.

4. On December 5, 2007, Fiji served its objections to Plaintiff's Notice of Deposition of Defendant FIJI Water Company, LLC. A true and correct copy of Plaintiff's objection is attached hereto and incorporated by reference as Exhibit F.

5. On January 16, 2008, I sent a letter to counsel for Fiji outlining the exact same deficiencies with respect to the discovery responses served by his client as contained in the instant motion to compel. As the arguments set forth in the meet and confer letter are essentially the same as those contained in the Memorandum of Points and Authorities filed concurrently with this declaration, and in compliance with the wishes of the Court with respect to attaching meet and confer correspondence to motions to compel, the referenced letter is not attached to this declaration. If the Court so wishes, the referenced meet and confer letter can be supplied in short order.

6. In response to the aforementioned letter, counsel for Fiji agreed to a telephonic meet and confer session to take place on January 20, 2008. While I made myself available for this appointment, and telephone Mr. Campbell at the agreed time, Mr. Campbell was not available. He subsequently left me a voicemail apologizing for not making it to the meet and confer session. In response, I sent Mr. Campbell an email inquiring as to when the telephonic meet and confer could be rescheduled.

7. Eventually, the telephonic meet and confer session took place. Counsel for Defendant agreed that FIJI would (1) supplement some of its prior responses; (2) review the other responses with which Plaintiff had taken issue and advise as to which would be supplemented and which would not; and (3) prepare a proposal as to which financial records would be produced by FIJI.

8. On February 29, 2008, Defendant served responses intended to supplement its previous responses to both requests for production and interrogatories. True and correct copies of the aforementioned discovery responses are attached hereto and incorporated by reference as Exhibits G and H, respectively. No proposal with respect to financial documents was ever received.

9. Counsel for Plaintiff engaged in additional attempts to meet and confer with respect to the deficiencies of these supplemental responses as well the fact that Defendant had still failed to supplement many of the original responses. Notwithstanding the fact that we informed Defendant's counsel that the instant Motion to Compel would be filed, they failed to further supplement their deficient responses.

10. On or about November 14, 2007, Plaintiff served Defendant with an FRCP 30(b)(6) Notice of Deposition. The deposition took place on December 11 and 12, 2007 and Defendant presented two individuals. These two individuals gave testimony on only 19 of the 42 noticed subject areas. Defendant has yet to produce or identify additional witnesses.

11. A Stipulated Protective Order was entered in this case. A true and correct copy of said order is attached hereto as Exhibit I.

DECLARATION OF DEREK ELETICH IN SUPPORT OF MOTION TO COMPEL FURTHER DISCOVERY
Case No. C-07-2258-RMW (HRL)

1  12. In accordance with the San Jose Division standing order on Case Management, counsel
2  for Plaintiff advised Mr. Campbell of the proposed hearing date via email.  Mr. Campbell
3  responded that he was available on the proposed hearing date and did not state that any undue
4  prejudice would result.

6  I declare under penalty of perjury under the laws of the State of California that the
7  foregoing is true and correct.

9  Dated:  March 17, 2008                    /s/ Derek A. Eletich
10                                            Derek Eletich

-4-
DECLARATION OF DEREK ELETICH IN SUPPORT OF MOTION TO COMPEL FURTHER DISCOVERY
Case No. C-07-2258-RMW (HRL)