| | |
|---|---|
| 1 | MARK D. CAMPBELL (SBN 180528) |
|   | mcampbell@loeb.com |
| 2 | WILLIAM M. BRODY (SBN 229901) |
|   | wbrody@loeb.com |
| 3 | LOEB & LOEB LLP |
|   | 10100 Santa Monica Boulevard, Suite 2200 |
| 4 | Los Angeles, California 90067-4120 |
|   | Telephone:    310-282-2000 |
| 5 | Facsimile:    310-282-2200 |
| 6 | Attorneys for Defendants |
|   | FIJI WATER COMPANY LLC, FIJI |
| 7 | WATER COMPANY HOLDINGS LLC, and |
|   | PARAMOUNT INTERNATIONAL |
| 8 | EXPORT LTD. |
| 9 | Rubinstein Law Group |
|   | A Professional Law Corporation |
| 10 | Yano L. Rubinstein, Cal. Bar No. 214277 |
|   | Trevor A. Caudle, Cal. Bar No. 232294 |
| 11 | 116 New Montgomery Street, Suite 742 |
|   | San Francisco, CA 94105 |
| 12 | Telephone:    (415) 277-1900 |
|   | Facsimile:    (415) 277-1919 |
| 13 | |
| 14 | Attorneys for Plaintiff |

*E-FILED - 4/17/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CG ROXANE LLC, a California limited liability company, | Case No. C-07-2258-RMW |
| Plaintiff, | **[] ORDER ON JOINT STIPULATION RE: CONTINUANCE OF DISCOVERY DEADLINES** |
| v. | [Joint Stipulation Filed Concurrently Herewith] |
| FIJI WATER COMPANY LLC, a Delaware limited liability company; FIJI WATER COMPANY HOLDINGS LLC, a Delaware limited liability company; PARAMOUNT INTERNATIONAL EXPORT, LTD., a Cayman Islands Company Limited by Shares; and DOES 1 through 20, inclusive, | Complaint Filed:   April 23, 2007 |
| Defendants. | |
| FIJI WATER COMPANY LLC, a Delaware | |

| | |
|---|---|
| 1 | limited liability company; FIJI WATER COMPANY HOLDINGS LLC, a Delaware ) |
| 2 | limited liability company; PARAMOUNT INTERNATIONAL EXPORT, LTD., a ) |
| 3 | Cayman Islands Company Limited by Shares; and DOES 1 through 20, inclusive, ) |
| 4 | ) |
| 5 | Counterclaimants, ) |
| | v. ) |
| 6 | ) |
| 7 | CG ROXANE LLC, a California limited liability company, ) |
| 8 | Counterdefendant. ) |

WHEREAS via a joint stipulation filed concurrently herewith, the parties have stipulated and agreed on the following order, and whereas, there is good cause shown thereon;

IT IS HEREBY ORDERED THAT:

The discovery cutoff date in this matter that is currently scheduled for July 3, 2008 shall be and is continued for two weeks until July 17, 2008. The expert disclosure date that is currently scheduled for June 2, 2008 shall be and is continued for two weeks until June 16, 2008. Any discovery motion cutoff date, or other discovery related deadline, if any are in effect, shall be and is continued for an additional 14 calendar days from their originally scheduled date.

Dated: 4/17/08 .

_____
Hon. Ronald M. Whyte
U.S. District Court, Northern District
of California