MARK D. CAMPBELL (SBN 180528)
mcampbell@loeb.com
WILLIAM M. BRODY (SBN 229901)
wbrody@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Telephone:    310-282-2000
Facsimile:    310-282-2200

ANDREW E. ASCH (SBN 198857)
aasch@roll.com
SARAH C. ABBOTT (SBN 231863)
sabbott@roll.com
ROLL INTERNATIONAL CORPORATION-LEGAL DEPT.
11444 West Olympic Boulevard, 10th Floor
Los Angeles, California 90064-1557
Telephone:    310-966-5700
Facsimile:    310-966-5758

Attorneys for Defendants
FIJI WATER COMPANY LLC, FIJI WATER COMPANY HOLDINGS LLC, and PARAMOUNT INTERNATIONAL EXPORT LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CG ROXANE LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FIJI WATER COMPANY LLC, a Delaware limited liability company; FIJI WATER COMPANY HOLDINGS LLC, a Delaware limited liability company; PARAMOUNT INTERNATIONAL EXPORT, LTD., a Cayman Islands Company Limited by Shares; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C-07-2258-RMW<br><br>**DECLARATION OF MARK D. CAMPBELL IN SUPPORT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:    May 30, 2008<br>Time:   9:00 a.m.<br>Judge:  Hon. Ronald M. Whyte<br><br>Complaint Filed:   April 23, 2007 |

LA1757935.1
207102-10007
C-07-2258-RMW

DECLARATION OF MARK D. CAMPBELL
IN SUPPORT OF DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT

# DECLARATION OF MARK D. CAMPBELL

I, Mark D. Campbell, declare as follows:

1. I am an attorney at the law firm of Loeb & Loeb LLP, counsel of record for Defendants Fiji Water Company LLC, Fiji Water Company Holdings LLC and Paramount International Export Ltd., (collectively "Defendants") in the above captioned matter. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. Except for those matters stated on information and belief, I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as Exhibit A are true and correct copies of images of Defendants' Fiji Water water bottle, and Plaintiff CG Roxane LLC's ("CG Roxane" or "Plaintiff") "Crystal Geyser" water bottle.

3. Attached hereto as Exhibit B are true and correct copies of portions of Plaintiff's application to the United States Patent and Trademark Office (and supporting materials) seeking registration of the trademark "bottled at the source." These documents were produced to Defendants by Plaintiff in this matter. In these application materials, Plaintiff stated that it has been using its mark "bottled at the source" since 1990. The application materials also state that Plaintiff applied for federal registration of the "bottled at the source" mark on January 30, 2002. The application materials also state that registration of the mark, "bottled at the source" was initially refused by the USPTO on the basis that the mark was "highly descriptive" of Plaintiff's goods.

4. Attached as Exhibit C are true and correct copies of images of third party bottled water products that use the phrase "bottled at the source" or "bottled at source" directly on their bottle or label. The photographs in this exhibit were taken at my direction and are true and accurate representations of the bottles. The bottles in the photographs were acquired between approximately February 2008 through April of 2008, and were photographed shortly after they were acquired. The images contained in this Exhibit of water bottles from Elsenham and Park City Icewater Company are images from websites, rather than photographs taken at my direction.

LA1757935.1
207102-10007
C-07-2258-RMW

2

DECLARATION OF MARK D. CAMPBELL
IN SUPPORT OF DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT

1  These images were printed directly from the particular bottled water producer's website and are
2  true and accurate copies of images from those website. The bottles containing the phrase "bottled
3  at the source" or "bottled at source" that I collected images of include the following:

4   1)   Contrex Natural Mineral Water
5   2)   Acqua Panna
6   3)   San Pellegrino Sparkling Natural Mineral Water
7   4)   Trader Joe's Sparkling Mineral Water
8   5)   Calistoga Mineral Water Sparkling Original
9   6)   Calistoga Mineral Water Sparkling Lemon Essence
10  7)   Sole Natural Mineral Water Sparkling
11  8)   Sole Natural Mineral Water Still
12  9)   Galvanina Sparkling Mineral Water
13  10)  365 Italian Sparkling Mineral Water
14  11)  Acqua Panna Natural Spring Water
15  12)  Voss, Sparkling
16  13)  Voss
17  14)  Mondariz - Aqua Mineral Natural
18  15)  Volvic Natural Spring Water
19  16)  Celtic
20  17)  Iceland Spring
21  18)  Island Chill
22  19)  Hawaiian Springs Natural Artesian Water
23  20)  Eden Springs Artesian Water
24  21)  New Zealand Eternal Premium
25  22)  New Zealand Eternal Natural Artesian Water
26  23)  New York Springs
27  24)  Park City Icewater Company
28  25)  Elsenham

LA1757935.1
207102-10007
C-07-2258-RMW

3

DECLARATION OF MARK D. CAMPBELL
IN SUPPORT OF DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT

1    5.    Attached hereto as Exhibit D are true and correct copies of articles printed from the CNN.com news website, and the Bloomberg.com news website, discussing the bottled water brand "Aquafina" and the use of the phrase "bottled at the source" on the Aquafina bottle.

    6.    Attached hereto as Exhibit E is a true and correct copy of a letter from Kim Jeffrey, the president and COO of Nestle Waters, stating that various brands owned by Nestle Waters had been using the phrase "bottled at the source" on their bottles since the 1920's. The letter notes that major brands such as San Pellegrino and Perrier, among others, all have used the phrase. This document was produced in discovery by Plaintiff.

    7.    Attached hereto as Exhibit F is a true and correct copy of excerpts from the book "The Good Water Guide" by Maureen and Timothy Green, with a copyright date of 1985. The excerpts include a picture from the book of a Calistoga brand bottled water bottle with the phrase "BOTTLED AT THE SOURCE" directly on its front label. The excerpt also states that, at the time, Calistoga claimed that it was the biggest mineral water company in the United States.

    8.    Attached hereto as Exhibit G are true and correct copies of printouts from various online sources evidencing third-party bottled water companies' use of the phrase "bottled at the source" or "bottled at source" to identify, describe, or refer to their bottled water products. These are examples of use of the phrases in places other than on a water bottle or water bottle label. The printouts are accurate representations of the internet sources, from the addresses indicated on the printouts. Included in this exhibit are examples of over 50 additional bottled water brands using the phrase "bottled at the source" or "bottled at source."

    9.    Attached hereto as Exhibit H are true and correct copies of news and other articles that I have had obtained, downloaded, and printed out from various online sources. The articles were either obtained directly from the online sources indicated on the printouts, or from a news database on Lexis/Nexis and/or Westlaw. The attached exhibits are accurate printouts of the documents that were found as a result of the searches that I had conducted. The documents reflect public use of the phrase "bottled at the source" or "bottled at source." Attached in Exhibit H are over 50 examples of use of the phrases in the press or media.

LA1757935.1
207102-10007
C-07-2258-RMW

4

DECLARATION OF MARK D. CAMPBELL
IN SUPPORT OF DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT

10. Attached hereto as Exhibit "I" are true and accurate images of printouts from retailers that use the phrase "bottled at the source" in their marketing of certain bottled water products. These include retailers such as "Sam's Club" and "BevMo."

11. Attached hereto as Exhibit J are true and accurate printouts of pages from the United States Patent and Trademark Office's website. The attached pages includes the results of a search done for current or former registered trademarks utilizing the phrase "bottled at the source" or "bottled at source."

12. Attached hereto as Exhibit K is a true and correct copy of a printout from the leading online encyclopedia, Wikipedia. This Exhibit was taken from an entry in Wikipedia defining "mineral water"

13. Attached hereto as Exhibit L are true and correct copies of documents produced by Plaintiff in this action demonstrating Plaintiffs own use of the phrase "bottled at the source" in a manner that Defendants contend is consistent with the phrase being generic and descriptive.

14. Attached hereto as Exhibit M is a true and correct copy of a label of a Crystal Geyser water bottle that uses the phrase "bottled at the source" in a manner that Defendants contend is consistent with the phrase being generic and descriptive.

15. Attached hereto as Exhibit N are true and correct copies of images printed from Plaintiff's www.crystalgeyserasw.com website demonstrating use of the phrase "bottled at the source" by Plaintiff in a manner that Defendants contend is consistent with the phrase being a generic and descriptive.

16. Attached hereto as Exhibit O is a true and correct copy of Plaintiff's Responses to Defendants' First Set of Interrogatories, served on Defendants' by Plaintiff in this action.

17. Attached hereto as Exhibit P is a true and correct copy of Plaintiff's Responses to Defendants' First Set of Requests for Production served on Defendants' by Plaintiff in this action.

18. Attached hereto as Exhibit Q are true and correct copies of the relevant face page and relevant excerpts from the December 13, 2007 deposition of Thomas A. Mooney taken in this action.

LA1757935.1
207102-10007
C-07-2258-RMW

5

DECLARATION OF MARK D. CAMPBELL
IN SUPPORT OF DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT

19. Attached hereto as Exhibit R are true and correct copies of the relevant face page and relevant excerpts from the December 12, 2007 deposition of John Edward Cochran, taken in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of April, 2008, at Los Angeles, California.

/s/ Mark D. Campbell
MARK D. CAMPBELL

LA1757935.1
207102-10007
C-07-2258-RMW

6

DECLARATION OF MARK D. CAMPBELL
IN SUPPORT OF DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT