MARK D. CAMPBELL (SBN 180528)
mcampbell@loeb.com
WILLIAM M. BRODY (SBN 229901)
wbrody@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Telephone:   310-282-2000
Facsimile:    310-282-2200

ANDREW E. ASCH (SBN 198857)
aasch@roll.com
SARAH C. ABBOTT (SBN 231863)
sabbott@roll.com
ROLL INTERNATIONAL CORPORATION-LEGAL DEPT.
11444 West Olympic Boulevard, 10th Floor
Los Angeles, California 90064-1557
Telephone:   310-966-5700
Facsimile:    310-966-5758

Attorneys for Defendants
FIJI WATER COMPANY LLC, FIJI
WATER COMPANY HOLDINGS LLC, and
PARAMOUNT INTERNATIONAL
EXPORT LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CG ROXANE LLC, a California limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> FIJI WATER COMPANY LLC, a Delaware limited liability company; FIJI WATER COMPANY HOLDINGS LLC, a Delaware limited liability company; PARAMOUNT INTERNATIONAL EXPORT, LTD., a Cayman Islands Company Limited by Shares; and DOES 1 through 20, inclusive, <br><br> Defendants. <br><br> FIJI WATER COMPANY LLC, a Delaware limited liability company; FIJI WATER COMPANY HOLDINGS LLC, a Delaware | Case No.  C-07-2258-RMW <br><br> **DECLARATION OF JOHN COCHRAN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT** <br><br> [F.R.C.P. 56; Local Rule 56-1, 56-2] <br><br> Date:   May 30, 2008 <br> Time:  9:00 a.m. <br> Judge: Hon. Ronald M. Whyte <br><br> Complaint Filed:   April 23, 2007 |

LA1757181.1

DECLARATION OF JOHN COCHRAN

| | |
|---|---|
| limited liability company; PARAMOUNT INTERNATIONAL EXPORT, LTD., a Cayman Islands Company Limited by Shares; and DOES 1 through 20, inclusive,<br><br>        Counterclaimants,<br><br>    v.<br><br>CG ROXANE LLC, a California limited liability company,<br><br>        Counterdefendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF JOHN COCHRAN

I, John Cochran declare as follows:

1. I am the Chief Operating Officer and President of Fiji Water Company LLC ("FWC"), a Delaware limited liability company which markets, sells and distributes Fiji Natural Artesian Water ("Fiji Water") in the United States. I have been employed by FWC for approximately three years. I am responsible for overseeing all aspects of FWC's businesses including operations, sales and marketing. I am also the Chief Operating Officer and President of Defendant Fiji Water Holdings LLC ("FWH") and Defendant Paramount International Export Limited ("Paramount") (FWC, Paramount, and FWH hereafter collectively referred to as "Defendants"). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

## BACKGROUND -- FIJI WATER

2. Bottled water has become a staple product for an ever increasing number of people and the demand for bottled water in America has increased dramatically over the past decade. Last year alone, Americans spent over $15 billion on bottled water. This is due, at least in part, to concerns surrounding the safety of natural water resources resulting from pollution, acid rain, agricultural and chemical run-off and decaying water treatment infrastructure. Consumers are also drawn to bottled water due to increased health consciousness and the convenience of water in a handy container. To respond to this demand, hundreds of brands of bottled water have been created and compete for consumer attention and purchase.

3. Fiji Water originates from rainfall, which filters over many decades through strata of sandstone and basaltine beds bearing naturally occurring silica within volcanic highlands on the main island of Viti Levu in the Republic of Fiji. These islands are protected by over 1,500 miles of open Pacific Ocean from the nearest continent and are remarkably free of intrusive industry and the problems of acid rain, pesticides and detergents which plague so much of the rest of the world. The only notable industries in the Republic of Fiji are tourism and sugar cane farming. The sugar cane industry uses no pesticides or herbicides and no mechanization for harvesting. Fiji Water is extremely pure, with traces of various healthful minerals, including silica, considered by many to be an essential element for wellness and vitality.

4. Fiji Water is bottled at the source. I have been to the bottling factory where this occurs. The bottling factory for Fiji Water is located directly above a pristine and protected aquifer where the water is drawn into a totally sealed system and immediately bottled. The facility which bottles Fiji Water is accredited to ISO 9001 and ISO 14001. ISO is the International Standards Organization, which implements standards for quality management and assurance. ISO Section 9001 is a quality assurance model made up of nineteen sets of system quality requirements and ISO 14001 is a standard for environmental management systems. To meet these high standards and to achieve the highest possible water quality, highly sophisticated machinery to retrieve and bottle its natural artesian water was selected. Stringent quality testing to further maintain the highest purity for Fiji Water is performed. Only a handful of bottled water manufacturers are known to be accredited by the ISO.

5. In 1999, Fiji Water was awarded the American Tasting Award of Excellence by the National Board of the American Tasting Institute. In its March 2004 edition, *Men's Health Magazine* rated 10 premium bottled waters and Fiji Water came out on top with a score of 19 out of a possible 20. In addition, the unique design and pure quality of Fiji Water has been the subject of articles in many major U.S. publications, including *People* and *The New York Times*.

6. FIJI® water product is a "premium" bottled water product with a higher price point than many other bottled water products, including Plaintiff CG Roxane LLC's ("CG Roxane" or "Plaintiff") "Crystal Geyser" brand water. Although both CG Roxane's Crystal Geyser bottled

water and Fiji Water may compete to the extent that they are bottled water products, based on various factors, such as placement, pricing and the target audience of advertising, Defendants do not consider Plaintiff to be a direct competitor in the marketplace.

### FIJI WATER'S UNIQUE BOTTLE AND LABEL DESIGN

7. Fiji Water bottles are held to the strictest of quality standards. Fiji Water bottles are manufactured on-site from the highest quality materials available in the world. The bottles are molded and filled in a clean room having a controlled environment where air temperature, pressure and humidity are carefully regulated to insure that impurities are not introduced into the bottles so that the pure artesian water is not adulterated. Manufacturing the bottles on-site is more expensive than using bottles manufactured at other locations, but assures the highest protection of purity.

8. To reflect the purity and taste of its high quality Fiji Water, FWC, together with its affiliates, strove to create an innovative bottle and label packaging design which would set it apart from the competition. Fiji Water is distinctive by its packaging, labelling, and bottle shape. The distinctive elements of the Fiji Water include:

   a. use of a bottle with a dominantly square shape (and square in shape where the label is affixed);

   b. use of a bottle with a recessed central body portion defined by protruding shoulders and base portions, with the label positioned in the recessed body portion;

   c. prominent use of the word "FIJI" with a distinct border around its letters;

   d. use of a tropical motif featuring a pink hibiscus and other vegetation including ferns;

   e. use of a blue bottle cap;

   f. the depiction of a blue background and fern leaves on the inner side of the back label; and

   g. a three dimensional effect created by having a partially transparent label on the front panel of the bottle revealing the inner side of the back label.

9.      It is my understanding that, out of a total of more than 400 brands of bottled water available in the United States, only 6 are currently available in a square bottle. The Fiji Water bottle and label design is relatively expensive compared to alternative available designs because the bottle lacks reinforcing ribbing and thus requires the use of more plastic. The three-dimensional labels require more specialized labeling equipment and take more time to apply to the bottle than other labeling techniques. Fiji Water's labeling designs have won international awards for print and packaging excellence. For example, in 1996, Fiji Water was awarded the New Zealand Fasson Gold Medal and in Australia was the winner in both the Food and Beverage and Innovation and Creativity categories for its label design. The basis for these awards was design innovation in the food packaging industry.

10.     Considerable resources have been spent developing the Fiji Water bottle and label. That investment has paid off as the bottle's unique and creative design is widely recognized as a source-identifier of Fiji Water. I believe that the success of Fiji Water is due, in large part, to its highly distinctive, unique and recognizable water bottle and label design. Numerous trademarks have been registered with the United States Patent and Trademark Office to protect the innovative bottle and label packaging design of Fiji Water.

## FIJI WATER IS BOTTLED AT THE SOURCE AND IDENTIFIED AS SUCH ONLY TO CONVEY THAT FACT

11.     Fiji Water bottled water comes exclusively from an artesian aquifer on the largest island of Fiji and is bottled at a facility in the Yaqara Valley of Viti Levu on the north side of that island directly on top of the aquifer. Fiji Water is literally bottled at the source. Because of this fact, on some of the product bottles and other advertising materials, FWC uses the phrase "bottled at source" or "bottled at the source" in an inconspicuous manner next to its prominently displayed trade name, FIJI®, to describe where their product is bottled.

12.     Like many other brands, FWC identifies the source of its water and location of its bottling in some of its marketing and informational materials. For example, the Frequently Asked Questions ("FAQ") section of the <fijiwater.com> website states:

> *What is FIJI Water?* FIJI Water is an artesian water, bottled at the source on the islands of Fiji. FIJI Water is the result of rainfall that fell long before the Industrial Revolution, filtering slowly through mineral-rich rock over hundreds of years....
>
> *Is anything added to FIJI Water?* ...FIJI Water is an all natural water, bottled at the source, preserved and protected by its natural environment. FIJI Water's mineral composition and taste are the result of its source: an artesian aquifer on the islands of Fiji....
>
> *Why does FIJI Water have a picture of a palm frond on its label?* ...FIJI Water's taste is the result of its source: an artesian aquifer on the islands of Fiji....Bottled at the source and preserved & protected by its natural environment, FIJI Water is untouched by human hands until you unscrew the cap.

There are several similar examples of FWC's use of the phrase "bottled at the source." Attached hereto as Exhibit A are true and correct copies of exemplar printouts from the "fijiwater.com" website, including printouts of the FAQ pages. Also attached as part of Exhibit A hereto are other exemplars of FWC's inconspicuous and descriptive use of the phrase "bottled at the source."

13. Two of FWC's current product labels use the phrase "bottled at the source" in small text on the back of the product with the only purpose to describe the product's origin. The "Bottled in Fiji. Shipped to you." version of the product back label text asks:

> Why travel to the South Pacific islands of Fiji for a drink of water? FIJI Water's aquifer is in a virgin ecosystem at the edge of a primitive rainforest, thousands of miles from the nearest industrialized continent. This natural artesian aquifer protects the water until it is bottled at the source and shipped to you.

The "Untouched by man. Until you drink it." version of the product back label states:

> FIJI Water comes from an aquifer deep within the earth on the remote islands of Fiji. Bottled at the source, natural artesian pressure forces the water through a hermetically sealed delivery system free of human contact. It is never exposed to the environment. At least, until you unscrew the cap.

True and correct copies of these graphics and labels are attached hereto as Exhibit B.

14. The phrase "bottled at source" is also included in a highly inconspicuous manner on the back label of Fiji Water in small white font on a light blue background directly under a house mark FIJI® and an image of Defendants' trade dress incorporating the FIJI® name, directly above the relevant disclosure of the source of the product stating: "Source: Yaqara, Viti Levu, Fiji Islands;" and in a font significantly smaller and lighter in contrast than the rest of the text on the

label, making it virtually invisible. A true and correct copy of an image of this label is attached hereto as Exhibit C.

## FIJI WATER ONLY USES THE PHRASE BOTTLED AT THE SOURCE TO CONVEY INFORMATION

15. The use of the phrase "bottled at source" by Defendants is neither intended to, nor does it, identify the brand of the water or the source company, but is instead used by Defendants only as an accurate geographic factual description of where and how the water is bottled. The statements, "bottled at source" and "bottled at the source" are accurate in regards to Fiji Water.

16. When Defendants do use the phrase "bottled at the source," it is almost always used next to and near their far more prominently displayed house marks.

17. Defendants have no intent to, and never considered, copying or imitating Plaintiff's use of this phrase "bottled at the source." Defendants use this phrase in good faith, and only for the purpose of conveying certain information - that the water is bottled at the source. There is no intent to pass-off Defendants' Fiji Water product as "Crystal Geyser" or a product produced by, sold by, or otherwise associated with Plaintiff. Nor is there any intent by Defendants to deceive Plaintiff's customers as to the source of either Defendants' or Plaintiff's products.

18. Likewise, in using the phrases "bottled at the source" and "bottled at source," Defendants had no intention of disrupting any of CG Roxane's past, present or future relationships with customers, consumers, or other third parties that had any probability, or even any possibility, of future benefit to CG Roxane.

## "BOTTLED AT THE SOURCE" IS AN EXTREMELY COMMONLY USED PHRASE IN REGARD TO BOTTLED WATER; IT IS NOT ASSOCIATED WITH PLAINTIFF

19. Based on my significant experience in the bottled water industry and with Defendants' business, the phrase "bottled at the source" is and has always been a common term frequently used by many to describe a certain type of bottled water—water that is bottled at its source. Many other bottled water companies also use the phrase and/or similar derivatives thereof to inform consumers of the geographic origins of their bottled water. Specifically, I am aware of

1 dozens of other bottled water producers and retailers and others in the industry that use or have
2 used the phrase (or similar derivatives thereof) directly on their water bottles and in their
3 marketing materials, packaging, websites and other informational materials. "Bottled at the
4 source" is widely used, not to identify a brand, but merely to connote a type of bottled water that is
5 bottled at its source as opposed to bottled water that comes from a tap.

6     20.    Furthermore, in my experience, the phrase "bottled at the source" is not associated
7 by consumers, the public, or people in the industry, with any particular brand or source of bottled
8 water. To the best of my knowledge, the phrase is not, and never has been, associated with
9 Crystal Geyser bottled water, or CG Roxane.

10 //
11 //
12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27
28

1    Executed this 9th day of April, 2008, at Lake Tahoe, Nevada.

3    I declare under penalty of perjury under the laws of the United States of America that the
4    foregoing is true and correct.

                                        _____
                                        JOHN COCHRAN