**E-FILED on**   6/5/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CG ROXANE LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>FIJI WATER COMPANY LLC; FIJI WATER COMPANY HOLDINGS LLC; PARAMOUNT INTERNATIONAL EXPORT, LTD; and DOES 1-20,<br><br>        Defendants. | No. C-07-02258 RMW<br><br><br>ORDER RE: DECLARATION IN SUPPORT OF PLAINTIFF'S REQUEST FOR DENIAL OR CONTINUANCE OF DEFENDANTS' SUMMARY JUDGMENT MOTION<br><br>**[Re Docket No. 52]** |

    On May 28, 2008, counsel for plaintiff CG Roxane LLC filed a document titled "Declaration of Derek A. Eletich in Support of Plaintiff's Request for Denial or Continuance of Defendants' Motion for Summary Judgment under FRCP 56(f)." No accompanying motion or request was filed, although the declaration appears to seek to continue the motion on defendants' motion for summary judgment that is currently scheduled for June 6, 2008 at 9:00 a.m. on the grounds that no ruling had issued on plaintiff's previously-filed motion to compel further discovery.

    An order ruling on plaintiff's motion to compel was posted on May 30, 2008. That order granted in part and denied in part plaintiff's motion, requiring defendants to provide further responses by June 13, 2008. Upon review of the May 30 Order, it does not appear that the

additional discovery ordered impacts plaintiff's opposition to defendants' motion for summary judgment. Accordingly, to the extent that the declaration filed on May 28, 2008 can be construed as a request to continue under Rule 56(f), that request is denied. The parties will appear for hearing as scheduled on June 6, 2008 at 9:00 a.m.

DATED:       6/4/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Derek A. Eletich          derek@eletichlaw.com
Yano Lee Rubinstein       yrubinstein@rublaw.com

**Counsel for Defendants:**

Mark D. Campbell          mcampbell@loeb.com
Sarah Catherine Abbott    sabbott@roll.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 6/5/08                                  /s/ MAG
                                                   **Chambers of Judge Whyte**

**United States District Court**
For the Northern District of California

ORDER RE: DECLARATION IN SUPPORT OF PLAINTIFF'S REQUEST FOR DENIAL OR CONTINUANCE OF DEFENDANTS' SUMMARY JUDGMENT MOTION—No. C-07-02258 RMW
MAG                                                3