MARK D. CAMPBELL (SBN 180528)
mcampbell@loeb.com
WILLIAM M. BRODY (SBN 229901)
wbrody@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Telephone:   310-282-2000
Facsimile:   310-282-2200

Attorneys for Defendants
FIJI WATER COMPANY LLC, FIJI
WATER COMPANY HOLDINGS LLC, and
PARAMOUNT INTERNATIONAL
EXPORT LTD.

DEREK A. ELETICH (SBN 193393)
derek@eleticklaw.com
LAW OFFICE OF DEREK A. ELETICH
155 Forest Avenue
Palo Alto, CA 94301
Telephone:   (650) 543-5477
Facsimile:   (650) 429-2028

Attorneys for Plaintiff CG ROXANE LLC

*E-FILED - 6/12/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CG ROXANE LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FIJI WATER COMPANY LLC, a Delaware limited liability company; FIJI WATER COMPANY HOLDINGS LLC, a Delaware limited liability company; PARAMOUNT INTERNATIONAL EXPORT, LTD., a Cayman Islands Company Limited by Shares; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants.<br>――――――――――――――――――<br>FIJI WATER COMPANY LLC, a Delaware limited liability company; FIJI WATER | Case No.  C-07-2258-RMW<br><br>[~~PROPOSED~~] ORDER ON JOINT STIPULATION RE: CONTINUANCE OF DISCOVERY DEADLINES<br><br>[Joint Stipulation Filed Concurrently Herewith]<br><br>Complaint Filed:    April 23, 2007 |

LA1775073.1
207102-10007

[~~PROPOSED~~] ORDER
Case No. C-07-2258-RMW

| | |
|---|---|
| 1  COMPANY HOLDINGS LLC, a Delaware | ) |
|    limited liability company; PARAMOUNT | ) |
| 2  INTERNATIONAL EXPORT, LTD., a | ) |
|    Cayman Islands Company Limited by Shares; | ) |
| 3  and DOES 1 through 20, inclusive, | ) |
| | ) |
| 4              Counterclaimants, | ) |
| | ) |
| 5       v. | ) |
| | ) |
| 6  CG ROXANE LLC, a California limited | ) |
|    liability company, | ) |
| 7 | ) |
|                Counterdefendant. | ) |
| 8 | ) |

9

10       WHEREAS via a joint stipulation filed concurrently herewith, the parties have stipulated

11  and agreed on the following order, and whereas, there is good cause shown thereon;

12       IT IS HEREBY ORDERED THAT:

13       The discovery cutoff date in this matter that is currently scheduled for July 17, 2008 shall

14  be and is continued until July 31, 2008. The expert disclosure date that is currently scheduled for

15  June 16, 2008 shall be and is continued until July 14, 2008. Depositions of designated experts

16  shall be noticed for a date no later than 15 days after the conclusion of all expert designations.

17

18  Dated:   6/12/08    .          *Ronald M. Whyte*
                                   _____
19                                 Hon. Ronald M. Whyte
                                   U.S. District Court, Northern District
20                                 of California

21

22

23

24

25

26

27

28