```
 1  MARK D. CAMPBELL (SBN 180528)
    mcampbell@loeb.com
 2  WILLIAM M. BRODY (SBN 229901)
    wbrody@loeb.com
 3  LOEB & LOEB LLP
    10100 Santa Monica Boulevard, Suite 2200
 4  Los Angeles, California 90067-4120
    Telephone:   310-282-2000
 5  Facsimile:   310-282-2200

 6  Attorneys for Defendants
    FIJI WATER COMPANY LLC, FIJI
 7  WATER COMPANY HOLDINGS LLC, and
    PARAMOUNT INTERNATIONAL
 8  EXPORT LTD.

 9  DEREK A. ELETICH (SBN 193393)
    derek@eletichlaw.com
10  LAW OFFICE OF DEREK A. ELETICH
    155 Forest Avenue
11  Palo Alto, CA 94301
    Telephone:   (650) 543-5477
12  Facsimile:   (650) 429-2028

13  Attorneys for Plaintiff CG ROXANE LLC
```

*E-FILED - 7/16/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CG ROXANE LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>FIJI WATER COMPANY LLC, a Delaware limited liability company; FIJI WATER COMPANY HOLDINGS LLC, a Delaware limited liability company; PARAMOUNT INTERNATIONAL EXPORT, LTD., a Cayman Islands Company Limited by Shares; and DOES 1 through 20, inclusive,<br><br>    Defendants.<br>_____<br>FIJI WATER COMPANY LLC, a Delaware limited liability company; FIJI WATER | Case No. C-07-2258-RMW<br><br>[~~PROPOSED~~] ORDER ON JOINT STIPULATION RE: CONTINUANCE OF DISCOVERY DEADLINES<br><br>[Joint Stipulation Filed Concurrently Herewith]<br><br>Complaint Filed:   April 23, 2007 |

LA1788228.1
207102-10007

[~~PROPOSED~~] ORDER
Case No. C-07-2258-RMW

| | |
|---|---|
| 1 | COMPANY HOLDINGS LLC, a Delaware limited liability company; PARAMOUNT INTERNATIONAL EXPORT, LTD., a Cayman Islands Company Limited by Shares; and DOES 1 through 20, inclusive, ) ) ) ) ) |
| 2 | |
| 3 | |
| 4 | Counterclaimants, ) ) |
| 5 | v. ) ) |
| 6 | CG ROXANE LLC, a California limited liability company, ) ) ) |
| 7 | |
| 8 | Counterdefendant. ) ) |

WHEREAS via a joint stipulation filed concurrently herewith, the parties have stipulated and agreed on the following order, and whereas, there is good cause shown thereon;

IT IS HEREBY ORDERED THAT:

The fact discovery cutoff date shall be continued from July 31, 2008, to 30 calendar days from the date the Court enters an order on Defendants' Motion for Summary Judgment; the initial expert disclosure date shall be continued from July 14, 2008, to 30 calendar days from the date the Court enters an order on Defendants' Motion for Summary Judgment; a rebuttal expert disclosure date shall be set for 58 calendar days from the date the Court enters an order on Defendants' Motion for Summary Judgment; and, the expert discovery cutoff date, shall be 72 calendar days from the date the Court enters an order on Defendants' Motion for Summary Judgment.

Dated:   7/16/08    .

*Ronald M. Whyte*
Hon. Ronald M. Whyte
U.S. District Court, Northern District of California